## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:

**ESTHER I. MERCADO MARTI**  |  **CASE NO. 10-02939(EAG)**

**DEBTOR**  |  **CHAPTER 13**

## MOTION TO WITHDRAW UNCLAIMED FUNDS

Comes now secured creditor Scotiabank de Puerto Rico ["Scotiabank"], represented by the undersigned attorney and respectfully sets forth and prays:

1.      On November 20, 2012, the Trustee filed Report of Unclaimed Funds and consigned with the Clerk of the Court Check #2099044 in the amount of $220.00, in favor of R-G Mortgage Corp., as Servicing Agent of Scotiabank.

2.      Scotiabank has acquired the mortgage loan of reference as part of the F.D.I.C. assisted transaction on April 30, 2010.

3.      Scotiabank is the holder in due course of the mortgage note of reference. See **Exhibit "A"**.

4.      Scotiabank's employer id. Number is 66-0372744.

5.      The transition of the assets and accounting systems from R-G Mortgage Corp. to Scotiabank Puerto Rico has been successfully completed and thus, the check in query should be issued payable to the order of Scotiabank Puerto Rico.

Withdrawal of Unclaimed Money
Debtor: Esther I. Mercado Marti
Case 10-02939

WHEREFORE, the appearing party prays for an Order directing the Clerk of the Court to issue a check in the amount of $220.00, payable to the order of Scotiabank Puerto Rico.

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on this date copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will sent notification of such filing to debtor's attorney, to **Alejandro Oliveras Rivera**, Esq., US Chapter 13 Trustee, U. S, Trustee, and the U.S. Attorney's Office at Torre Chardon, Suite 1201, 350 Chardon Ave., San Juan, PR 00918, and also certify that I have mailed by United State Postal Service copy of this motion to the following non CM/ECF participant debtor, to their address of record in this case.

San Juan, Puerto Rico, on the 6th day of June, 2013.

**CARDONA JIMENEZ LAW OFFICE**
Attorney for SCOTIABANK DE PR.
PO Box 9023593
San Juan, PR 00902-3593
Tels: (787) 724-1303, Fax No. (787) 724-1369
E-mail: cardonalaw@prtc.net

**/s/José F. Cardona Jiménez**, USCD PR 124504
jf@cardonalaw.com

**PAGARE HIPOTECARIO**

1119735

76066-03

$74,450.00--------------------------San Juan, Puerto Rico.    No. 76066-03

VENCIMIENTO: **PRIMERO DE FEBRERO DEL AÑO DOS MIL TREINTA Y DOS (2032).**

    POR VALOR RECIBIDO el (los) suscribiente(s), se obliga(n) a satisfacer a **BANCO Y AGENCIA DE FINANCIAMIENTO DE LA VIVIENDA DE PUERTO RICO**, o a su orden, la suma principal de **SETENTA Y CUATRO MIL CUATROCIENTOS CINCUENTA DOLARES ($74,450.00)** con intereses desde esta fecha a razón del **seis por ciento (6%)** anual sobre el saldo impagado de esta obligación. Dicho principal e intereses serán pagaderos en la oficina del Banco de la Vivienda de Puerto Rico, en San Juan, Puerto Rico, o en cualquier otro sitio que el tenedor designe, por escrito, en plazos mensuales de **CUATROCIENTOS CUARENTA Y SEIS DOLARES CON TREINTA Y SIETE CENTAVOS ($446.37)**, empezando el día primero de marzo de 2002; y sucesivamente el día primero de cada mes subsiguiente hasta el pago total del principal e intereses, excepto que el plazo final de vencimiento para el pago total de esta deuda, si antes no ha sido satisfecho vencerá y será pagadero el día primero de febrero de 2032.

----Si cualesquiera de los plazos estipulados en este pagaré no fuere satisfecho antes del vencimiento del próximo plazo mensual, entonces la totalidad de esta obligación y sus intereses acumulados quedarán vencidos sin aviso alguno, a opción del tenedor de esta obligación, quien podrá exigir su pago. El no hacer uso de este derecho opcional no constituye renuncia para el ejercicio del mismo en caso de incumplimiento subsiguiente.

----Se renuncia por la presente, los derechos de presentación, protesto, demanda, aviso y prescripción.

----Los otorgantes, los endosantes y los fiadores autorizan a cualquier abogado de Puerto Rico a comparecer en su representación ante los Tribunales de Justicia correspondientes, a la jurisdicción de cuyos Tribunales se someten, para que al vencimiento de este pagaré se allane a que el correspondiente Tribunal dicte sentencia en contra de ellos por el principal de esta obligación o cualquier balance del mismo que se adeude, los intereses que se deban y a suma de **SIETE MIL CUATROCIENTOS CUARENTA Y CINCO DOLARES ($7,445.00)** para costas, gastos y honorarios de abogado.

    Este pagaré está garantizado con una hipoteca sobre propiedad inmueble, según se expresa en la escritura número _____4_____de esta misma fecha, otorgada ante el Notario que suscribe.

    En San Juan, Puerto Rico, a 3 de enero de 2002.

<br>

**ESTHER IVETTE MERCADO MARTINEZ**

AFFIDAVIT NUMERO _____8884\_\_\_\_\_

    Reconocido y suscrito ante mí por **DOÑA ESTHER IVETTE MERCADO MARTINEZ**, Seguro Social número      mayor de edad, soltera, propietaria y vecina de Ponce, Puerto Rico, a quien identifico mediante los medios supletorios establecidos en el Artículo 17 de la Ley Notarial vigente, en San Juan, Puerto Rico, a 3 de enero de 2002.

ABOGADA
NOTARIO

**NOTARIO PÚBLICO**

Pay to the Order of
R-G Premier Bank of PR
Without Recourse
PUERTO RICO HOUSING
FINANCE AUTHORITY

Authorized Signature

By _____
Authorized Signature

**PAY TO THE ORDER OF**

_____

**WITHOUT RECOURSE
R-G PREMIER BANK OF PUERTO RICO**

By: _____

**LUIS F. ALDEA
V.P TREASURER**

Pay to the order of Scotiabank de Puerto Rico, without
recourse and without representation or warranty, express,
implied or by operation of law, of any kind or nature
whatsoever.

Federal Deposit Insurance Corporation as receiver for R-G
Premier Bank of Puerto Rico

Name: Enid Pico
Title: Attorney In Fact

Pay to the order of _____
without recourse and without representation or warranty,
express, implied or by operation of law, of any kind or
nature whatsoever.

Scotiabank de Puerto Rico

Name: Enid Pico
Title: President & Chief Operating Officer